[No. 46703-8-II.   Division Two.   December 15, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK JUNIOR RUCKER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 14-1-00647-9, Jeanette Dalton, J., entered September 12, 2014. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Melnick and Sutton, JJ.

[No. 46807-7-II.   Division Two.   December 15, 2015.]

*In the Matter of the Adoption of* H.L.S.

B.S., *Appellant*, v. B.H. ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-5-00121-1, Bernard F. Veljacic, J., entered October 17, 2014. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Maxa, J.

[No. 46907-3-II.   Division Two.   December 15, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK DOUGLAS WILMER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-01690-7, John R. Hickman, J., entered November 14, 2014. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Melnick and Sutton, JJ.

[No. 46961-8-II.   Division Two.   December 15, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. OSMAR GUILLEN-VAZQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-1-00285-0, Robert A. Lewis, J., entered November 26, 2014. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Bjorgen and Sutton, JJ.